FILED

05/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0133

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0133

IN THE MATTER OF THE ESTATE OF:

WALTER M. GREY,                                          O R D E R

Deceased.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's response brief filed electronically on May 28, 2024, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

Rule 11(3)(b) requires papers produced by typewriter or equivalent process to be double spaced, except that footnotes and quoted and indented material may be single spaced. Appellee's response brief is not consistently doubled spaced in its main body. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
May 28 2024